UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-CV-60782-GOLD/MCALILEY

KERRYJOE N. CLARKE,

    Plaintiff,

v.

GENERAL REVENUE CORPORATION,

    Defendant.
_____/

### ORDER CLOSING CASE UPON NOTICE OF VOLUNTARY DISMISSAL [ECF NO. 6]

THIS CAUSE is upon the Court upon Plaintiff's Notice of Voluntary Dismissal. Having reviewed the Notice, the record, the applicable law, and being otherwise duly advised, it is hereby

ORDERED AND ADJUDGED that:

1.     Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

2.     This case is CLOSED.

DONE AND ORDERED at Chambers in Miami, Florida on this 26th day of August, 2010.

_____
HON. ALAN S. GOLD
U.S. DISTRICT COURT JUDGE

Copies Furnished to:
Magistrate Judge McAliley
Counsel of Record